JS-6

**Marden Law Inc.**
Brian T. Yasuzawa (SBN 245322)
18012 Cowan, Suite 200
Irvine, CA 92614
Tel: (714) 822-4450
ESERVICE EMAIL: brian@marden-law.com

**MFS Legal Inc.**
Neal F. Morrow III (SBN 295497)
21143 HAWTHORNE BLVD STE 514
TORRANCE CA 90503
Tel: (562) 379-2654
ESERVICE EMAIL: twanice@calemonlawteam.com
**Attorneys for Plaintiffs**
**SAM WALKER and VERA WALKER**

WILSON TURNER KOSMO LLP
ROBERT A. SHIELDS (206042)
EVAN CRITCHLOW (322243)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
E-mail: rshields@wilsonturnerkosmo.com
E-mail: ecritchlow@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com
**Attorneys for Defendant**
**FORD MOTOR COMPANY**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| SAM WALKER and VERA WALKER<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 5:25-cv-01989-DTB<br><br>**ORDER OF DISMISSAL**<br><br>Mag. David T. Bristow |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Clerk is directed to close the file.

Dated July 23, 2026

HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE